The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACOB ATKINSON, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>ADIDAS AMERICA, INC., a foreign profit corporation; and DOES 1-20,<br><br>   Defendants. | No. 2:23-cv-01666<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS ***WITHOUT PREJUDICE*** |

This matter came before this court on Plaintiff's Motion to Voluntarily Dismiss without prejudice. The Court has read the arguments of counsel, reviewed the materials in the Court file, and reviewed the following materials in support of and in opposition to this motion, including:

1. Plaintiff's Motion to Dismiss without prejudice.

Based upon the Motion and Pleadings herein, it is hereby ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion to Voluntarily Dismiss without prejudice is hereby GRANTED and the matter is DISMISSED without prejudice.

ORDER GRANTING PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS *WITHOUT PREJUDICE* - 2:23-cv-01666

PAGE 1 OF 2

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

This order may be entered immediately upon execution.

Dated this 14th day of November, 2023.

*[signature: Barbara J. Rothstein]*

Barbara J. Rothstein
United States District Judge

Presented by:

EMERY | REDDY, PLLC

By:     */s/ Timothy W. Emery*
By:     */s/ Patrick B. Reddy*
By:     */s/ Paul Cipriani*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Fax: (206) 441-9711
emeryt@emeryreddy.com
reddyp@emeryreddy.com
paul@emeryreddy.com
*Attorneys for Plaintiff*

ORDER GRANTING PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS *WITHOUT PREJUDICE* - 2:23-cv-01666

PAGE 2 OF 2

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711